No appearance for appellant. Louis P. Piquett and Daniel Webster, for appellee.

Per Curiam.

---

Joseph F. Triska, appellee, v. Stockmen's Trust & Savings Bank, appellant. Gen. No. 26,372.

Action for fraud and deceit in giving plaintiff information resulting in the cashing of a certain check. Judgment for plaintiff. Ap-

peal from the Circuit Court of Cook county; the Hon. Samuel C. Stough, Judge, presiding. Heard in this court at the October term, 1920. Reversed with finding of fact. Opinion filed June 13, 1921. Rehearing denied June 27, 1921. *Certiorari* denied by Supreme Court (making opinion final).

Edward B. Healy, for appellant. Shannon & Morrill, for appellee.

Mr. Presiding Justice Holdom delivered the opinion of the court.